SAGE SYSTEMS, INC.,
Plaintiff–Appellant,

v.

George H. KISTER, et al., Defendants–
Respondents.

No. 64459.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 19, 1994.

Lewis, Rice & Fingersh, Cordell P. Schulten, Clayton, for appellant.

The Henry Law Firm, P.C., Mark R. Henry, Clayton, for respondents.

Before SIMON, P.J., and PUDLOWSKI and AHRENS, JJ.

*ORDER*

PER CURIAM.

Appellant appeals from a decision in a declaratory judgment action to determine appellant's share of real estate taxes on the improvements of leased premises under the provisions of a commercial lease. In this court tried equity case we have read the briefs, reviewed the legal file and transcript and carefully examined the trial court's judgment. We find there was substantial evidence to support it and that it is not against the weight of the evidence and does not erroneously declare or apply the law.

We therefore find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).

Dean BAXTER, Respondent–Appellant,

v.

Harry A. WOOD, Appellant–Respondent,

Shirley Baxter, Respondent–Appellant.

Dean BAXTER and Shirley Baxter
(Third party defendant)
Appellants,

v.

Harry A. WOOD and Ellen
Wood, Respondents.

Nos. WD 47735, WD 47765.

Missouri Court of Appeals,
Western District.

April 19, 1994.

Adam North, Kansas City, for appellant-respondent Wood.

Jerry W. Venters, Jefferson City, for respondent-appellant Baxter and third party defendant Shirley Baxter.

Before BERREY, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Dean Baxter, a contractor, brought an action against Harry A. Wood and Ellen A. Wood, asserting claims arising out of an agreement to rebuild a collapsed roof of a commercial building. Defendants counterclaimed against Dean and Shirley Baxter, husband and wife, asserting claims arising out of the same transaction. Defendants and Baxter appeal the judgment of the trial court entered following a jury verdict in favor of Plaintiff Dean Baxter on his claim and in favor of Dean and Shirley Baxter on defendant's counterclaim.

Judgment is affirmed. Rule 84.16(b).